UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FATHER FLANAGAN'S BOYS HOME, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE DISTRICT OF COLUMBIA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 01-1732 (JR) <br> Judge James Robertson |
| UNITED STATES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-00619 (JR) <br> Judge James Robertson |

**DISTRICT OF COLUMBIA DEFENDANTS' DISCLOSURES**

In accordance with Fed. R. Civ. P. 26(a)(3)(A) and 26(a)(3)(C), the District of Columbia defendants' herein provide notice that it reserves the right to call the witnesses and introduce all or portion of the exhibits identified below.

**Witnesses**

1. Denzil Noble

2. Karen Burditt

3. Loraine Bennett

4. David Clark

5. Julie Wagner

1

6. Olutoye Bello

7. Amando Lourenco

8. Father Val Peter

9. John Kava

10. Dr. Michael Handwerk

11. Monsignor Ariano

12. Jessica White

13. Hamid Karimi

14. Ibrahim Bullo

15. Sharon Robinson

16. Constance Washington

17. Martin Sullivan, Esq.

18. Phil Feola, Esq.

19. Gregory Love

20. Robert Kelly

21. Andrew Altman

22. Ellen McCarthy

23. Arthur Jackson

24. Nancy Kassner

25. Tim Kari Kari

26. Kareem Abdul-Sabur

27. Kenan Jarboe

28. John Guisepe

29. John Meligagio

30. Phil Ruden

31. Mike McGill, Esq.

32. Paul Mirabile, Esq.

33. Phil Esocoff

34. Witnesses identified by Plaintiffs.

**Exhibits**

1. Exhibits attached to Defendants' Motion for Summary Judgment

2. Exhibits attached to Plaintiffs' Oppositions

3. Exhibits attached to Defendants' Reply

4. Exhibits attached to Defendants' Motion to Compel Burditts' E-mails

5. Exhibits attached to Defendants' Reply to Plaintiffs' Opposition to Their Motion to Compel Burditts' E-mails

6. Plaintiffs' Responses to Defendants' Interrogatories and Requests for Admissions

7. Exhibits identified by plaintiffs.

**Boys Town Document Production**

1. 2601
2. 5333
3. 5240
4. 5396
5. 5284
6. 5412
7. 5666
8. 4192
9. 4917
10. 6195
11. 2398
12. 6238

13. 5800
14. 6289
15. 15761
16. 15151-15165
17. 15166-15175
18. 15176-15178
19. 15179-15196
20. 15197-15204
21. 15205
22. 15206-15208
23. 15209-15214
24. 15215-15268
25. 15269-15283
26. 15284-15286
27. 15287
28. 15288-15293
29. 15294-15298
30. 15299-15300
31. 15301
32. 15302-15305
33. 15306-15307
34. 15308-15315
35. 15316
36. 15317-15319
37. 15320-15332
38. 15333-15344
39. 15345
40. 15346-15349
41. 15350-15351
42. 15352-15353
43. 15354-15358
44. 15359-15364
45. 15365-15370
46. 15371
47. 15372-15374
48. 15375-15376
49. 15377-15379
50. 15380
51. 15381-15386
52. 15387-15395
53. 15396
54. 15397-15405
55. 15406-15410
56. 15411-15415
57. 15416-15417
58. 15418-15428

59. 15429-15437
60. 15438-15447
61. 15448
62. 15449-15452
63. 15453-15467
64. 15468-15520
65. 15521-15524
66. 15525-15529
67. 15530-15575
68. 15576-15580
69. 15581-15599
70. 15600-15615
71. 15616
72. 15617
73. 15618-15647
74. 18329-18333
75. 18334-18340
76. 18353
77. 18362-18363
78. 18367
79. 18368
80. 18369
81. 18382-18383
82. 18386
83. 18387-18389
84. 18390-18393
85. 18434-18465
86. 18510-18512
87. 18513
88. 18514-18532
89. 18502
90. 17933
91. 17937-17938
92. 18229
93. 18298
94. 17596
95. 17850
96. 17848-17849
97. 17851-17855
98. 17487
99. 16517
100. 16458
101. 16516-16517
102. 14346
103. 16581
104. 14028

105. 14035
106. 14029
107. 14307
108. 16254
109. 16042
110. 16274-16277
111. 16581
112. 14621
113. 14622
114. 14966
115. 15759
116. 14091-92
117. 14093
118. 14101
119. 14131
120. 14155
121. 14165
122. 14169
123. 14201
124. 14294
125. 13495
126. 13686
127. 13543-45

**DOJ Production**

1. 11168
2. 11704
3. 10873
4. 10924
5. 10564
6. 10601
7. 11
8. 228-232
9. 12134-12136

Deposition transcripts and exhibits for the following individuals:

1. Julie Wagner

2. David Clark

3. Gregory Love

4. Robert Kelly

5.  Hamid Karimi

6.  Ibrahim Bullo

7.  Denzil Noble

8.  Michael Handwerk

9.  Olutoye Bello

10. John Kava, including Exhibit 7

11. Sharon Ambrose, Exhibit 2

12. Father Val Peter,

13. Armando Lourenco,

14. Martin Sullivan, Esq.,

15. Phil Feola, Esq.,

16. John Guisepe

17. John Meligagio

### **D.C. Transwestern Document Production**

1. 52
2. 62-68
3. 69-76
4. 77-78

**E-mails Produced by John Kava, bates stamped by the District 1-103, copies to be provided to the parties.**

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

   /s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

  /s/_____
MATTHEW CASPARI [488295]
Assistant Attorney General, D.C.
441 4th Street, N.W.
Washington, D.C. 20001
(202)724-6650; (202) 442-9833, (202)727-6295